GRIGG v. LESTER

No. 196P91

Case below: 102 N.C.App. 332

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 4 September 1991.

HARRIS v. MILLER

No. 345A91

Case below: 103 N.C.App. 312

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed 4 September 1991.

HARRIS v. NATIONWIDE MUT. INS. CO.

No. 305A91

Case below: 103 N.C.App. 101

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed 4 September 1991.

HART v. IVEY

No. 265A91

Case below: 102 N.C.App. 583

Petition by plaintiffs and third-party plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 4 September 1991.

IN RE ANNEXATION ORDINANCE OF NEWTON

No. 367P91

Case below: 103 N.C.App. 664

Petition by petitioner (White, et al.) for temporary stay allowed 22 August 1991.